**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-30045 |
| Plaintiff - Appellee, | D.C. No. 3:07-cr-00106-RRB |
| v. | |
| GLENN ALLEN WALLS, II, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, Chief District Judge, Presiding

Submitted September 10, 2012[**]

Before:    WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Glenn Allen Walls, II, appeals pro se from the district court's order granting

his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence based on the

retroactive amendments to the Sentencing Guidelines that lowered penalties for

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

crack cocaine offenses. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Walls contends that the district court abused its discretion by declining to further reduce his sentence because of his post-sentencing prison disciplinary record. The district court properly considered this information in determining the extent to which it would reduce Walls's sentence. *See* U.S.S.G. § 1B1.10 cmt. n.1(B); *United States v. Lightfoot*, 626 F.3d 1092, 1096 (9th Cir. 2010).

**AFFIRMED.**

12-30045